FILED:  October 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-4114
(1:22-cr-00141-ELH-1)

———————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BRANDON GLEN JACKSON

        Defendant - Appellant

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk